# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ROBERT TOD CARROLL and DANETTE SHARELLE CARROLL, Debtor(s). | Case No. 08-13680 BH<br>Chapter 7 |

## TRUSTEE'S REPORT OF DIVIDENDS UNDER $5.00

COMES NOW, L. Win Holbrook, Trustee of the above-captioned bankruptcy matter, Pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| The Brace Place<br>PO Box 26243<br>Oklahoma City, OK 73126-0243 | $4.86 |
| TOTAL: | $4.86 |

On April 1, 2010, a check made payable to the Court Clerk will be mailed along with a filed copy of this pleading. These proceeds are to be deposited into the courts unclaimed funds account.

Date: March 31, 2010

/s/ L. Win Holbrook
L. Win Holbrook, Trustee
120 N. Robinson, Suite 2205
Oklahoma City, OK 73102
(405) 232-3664

Date: 03/31/10                                                                                                          Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-13680 - CARROLL, ROBERT TOD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| The Brace Place<br>P.O. Box 26243<br>Oklahoma City, OK 73126-0243<br>    FINAL DISTRIBUTION<br>    PAYMENT FOR ROBERT TOD CARROLL AND/OR DANETTE<br>    CARROLL; ACCOUNT #***1349; CLAIM #5 FILED 04/23/09 WITH<br>    BANKRUPTCY COURT CLERK IN WESTERN DISTRICT OF<br>    OKLAHOMA.  ANY QUESTIONS CALL 405-235-8735 | 000005 | 260.00 | 4.86 |

---------- Remittance Total ---------------                                      260.00            4.86

L. WIN HOLBROOK, TRUSTEE